KILLHONIC, RESPONDENT, *v.* NUSS ET AL., APPELLANTS.

[No. 1239.]

[Submitted July 3, 1900. Decided July 3, 1900.]

*Appeal and Error—Designation of Errors—Brief—Argument—Dismissal of Appeal.*

Where Appellant fails to file a brief, or appear and make an argument after he has received notice of the time at which the cause has been set down for argument, he will be deemed to have abandoned his appeal, and the judgment appealed from will be affirmed, since it is incumbent on him to point out the errors relied on for a reversal.

*Appeal from District Court, Missoula County; Frank H. Woody, Judge.*

ACTION by Elmer Killhonic against Charles A. Nuss and another. From a judgment in favor of plaintiff, defendants appeal. Affirmed.

*Mr. Wm. M. Bickford,* for Appellants.

**PER CURIAM.**—This appeal is from a judgment entered on the 12th day of February, 1898. The cause was on the 28th day of May, 1900, set for argument today, and the parties were duly notified by the clerk of the setting. The appellants have neither filed a brief nor made any argument. All they have done in this court is to lodge the transcript with the clerk. It is incumbent upon the appellants to point out in the manner provided by the rules of practice, the errors upon which they rely for a reversal; the failure so to do will operate as an abandonment of the appeal, and require the affirmance of the judgment. (*Adams* v. *Bankers Life Association*, 13 Mont. 222, 33 Pac. 192; *State* v. *Dakin*, 15 Mont. 556, 39 Pac. 848; *Brewster* v. *Johnson*, 51 Cal. 222; *Edmondson* v. *Alameda Co.*, 24 Cal. 350.)

The judgment is affirmed.                              *Affirmed.*